UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY ROOTHS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 23-1034 (RDM) |

## ANSWER

Defendants, the U.S. Department of the Interior ("Department"), the National Park Service ("NPS"), and the U.S. Park Police ("USPP"), (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Answer to the Complaint, ECF No. 1, filed against Defendants by Plaintiff Larry Rooths in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") action.

## RESPONSES TO THE NUMBERED PARAGRAPHS

Defendants respond below to the separately numbered paragraphs and prayer for relief contained in the Complaint. To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

Defendants respond to the Complaint in like number paragraphs as follows:

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF[1]

1. This paragraph contains Plaintiff's characterization of the nature of his action, to which no response is required.  To the extent a response is required, Defendants admit that Plaintiff purports to bring this action under FOIA seeking to compel the release of records responsive to a FOIA request submitted to Defendants. Defendants deny any remaining allegations in this paragraph.

2. This paragraph contains legal conclusions and Plaintiff's further characterization of the nature of his action, to which no response is required.  To the extent a response is required, Defendants deny that Plaintiff is entitled to declaratory relief, and deny the remaining allegations contained in this paragraph.

### JURISDICTION AND VENUE

3. This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendants admit that this Court has jurisdiction subject to the terms and limitations of FOIA.  Defendants deny the remaining allegations in this paragraph.

4. This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendants admit that venue is proper in this district.

### PARTIES

5. Defendants lack sufficient knowledge or information to either admit or deny the allegations in this paragraph.

6. Defendants admit the allegations in the first sentence of this paragraph.  The remainder of this paragraph contains legal conclusions to which no response is required.  To the

---

[1] For ease of reference, Defendants' Answer replicates the headings and titles contained in the Complaint, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

extent an answer is required, Defendants admit and aver that USPP, which is a component of the Department has gathered documents responsive to Plaintiff's request and produced them on May 30, 2023. Defendants deny the remaining allegations contained in this paragraph.

7. Defendants admit the allegations in the first sentence of this paragraph. The remainder of this paragraph contains legal conclusions to which no response is required. To the extent an answer is required, Defendants admit and aver that USPP, which is a unit of NPS has gathered documents responsive to Plaintiff's request and produced them on May 30, 2023. Defendants deny the remaining allegations contained in this paragraph.

8. Defendants admit the allegations in the first sentence of this paragraph. The remainder of this paragraph contains legal conclusions to which no response is required. To the extent an answer is required, Defendants admit and aver that USPP has gathered documents responsive to Plaintiff's request and produced them on May 30, 2023. Defendants deny these remaining allegations contained in this paragraph.

## FACTUAL BACKGROUND

9. Defendants admit the allegations in this paragraph.

10. Defendants admit that Plaintiff submitted a FOIA request to USPP on March 23, 2022. The remaining allegations contained in this paragraph consist of Plaintiff's characterization of that FOIA request, to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to a copy of that request, which speaks for itself and is the best evidence of its contents, and deny all remaining allegations contained in this paragraph inconsistent therewith.

11. Defendants admit that USPP sent Plaintiff an acknowledgment letter on July 12, 2022, and respectfully refer the Court to a copy of that letter, which speaks for itself and is the best

evidence of its contents; Defendants deny all remaining allegations contained in this paragraph inconsistent therewith.

12. This paragraph contains Plaintiff's characterization of Defendants' July 12, 2022 acknowledgment letter and legal conclusions to which no response is required. To the extent a response is required, Defendants deny Plaintiff's legal conclusions alleged in this paragraph. Defendants further respectfully refer the Court to a copy of the July 12, 2022 acknowledgment letter, which speaks for itself and is the best evidence of its contents. Defendants deny the remaining allegations in this paragraph inconsistent therewith.

13. Defendants admit that USPP and NPS staff corresponded by e-mail with Plaintiff about his FOIA request, and respectfully refer the Court to copies of those e-mails, which speak for themselves and are the best evidence of their contents. Defendants deny all remaining allegations inconsistent therewith, and further aver that on May 30, 2023, USPP issued its first and final response to Plaintiff's FOIA request, which included all responsive non-exempt material gathered in response to that request.

14. Defendants admit that Plaintiff filed an appeal with the Department's FOIA Appeals Office on November 2, 2022, and that at of the time when Plaintiff filed the Complaint, that appeal had not been decided.

15. Defendants lack sufficient knowledge or information to either admit or deny the allegations in this paragraph.

16. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

**CLAIM FOR RELIEF**

17. Defendants reallege their responses to paragraphs 1 through 16 and incorporate them by reference as fully set forth herein.

18. This paragraph contains Plaintiff's characterization of Plaintiff's FOIA request, to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to a copy of that request, which speaks for itself and is the best evidence of its contents, and deny all remaining allegations contained in this paragraph inconsistent therewith.

19. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

20. Defendants admit that Plaintiff filed an appeal with the Department's FOIA Appeals Office on November 2, 2022. Plaintiff's characterization of the appeal as "properly filed" is a legal conclusion to which no response is required.

21. Defendants admit that the appeal was not decided within twenty days. The remaining allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to the FOIA, which speaks for itself and is the best evidence of its contents and deny all remaining allegations contained in this paragraph inconsistent therewith.

22. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

23. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations contained in this paragraph.

The paragraph beginning with "WHEREFORE" and containing subparts (a)-(e) contains Plaintiff's prayer for relief, to which no response is required. To the extent a response is required,

Defendants deny the allegations contained in this paragraph and all its subparts and deny that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

## DEFENSES

Defendants allege the following additional defenses to the Complaint. In asserting these defenses, Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed upon Plaintiff. Defendants reserve the right to amend, alter, and supplement the defenses contained in this Answer as facts and circumstances giving rise to this Complaint become known to Defendants through the course of this litigation.

### FIRST DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA. *See* 5 U.S.C. § 552.

### SECOND DEFENSE

Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions enumerated in the FOIA, 5 U.S.C. § 552(b), where disclosure would cause foreseeable harm.

### THIRD DEFENSE

Plaintiff is not entitled to attorneys' fees and costs.

### FOURTH DEFENSE

Plaintiff is not entitled to declaratory relief. 5 U.S.C. § 552(a)(4)(B).

\*     \*     \*

Dated: June 29, 2023
Washington, DC

        Respectfully submitted,

        MATTHEW M. GRAVES
        D.C. Bar. #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By: /s/ *Anna D. Walker*
        ANNA D. WALKER
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        Telephone: (202) 252-2544
        anna.walker@usdoj.gov

        *Attorneys for the United States of America*